

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Thomas Ed Cole; Christopher Cole, individually and as independent administrator of the Estate of Roy Franklin Cole, deceased; and Christine Cole,

\* From the 161st District Court of Ector County, Trial Court No. B-132,246.

No. 11-24-00287-CV

\* April 10, 2025

Apache Corporation and Permian Basin Joint Venture LLC,

\* Memorandum Opinion by Williams, J. (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has considered the parties' agreed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, we grant the motion, set aside the judgment of the trial court without regard to the merits, and remand the cause to the trial court for the rendition of a judgment in accordance with the parties' settlement agreement. The costs incurred by reason of this appeal are taxed against Thomas Ed Cole, Christopher Cole individually and as independent administrator of the Estate of Roy Franklin Cole, and Christine Cole.